# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

CHARLES MAIMONE, ET AL

Plaintiff

v.                                    Civil No. 17-6874(NLH/JS)

**ORDER OF DISMISSAL**

TIMOTHY MULLIGAN, ET AL

Defendant

This matter having been reported settled and the Court having

administratively terminated the action for sixty (60) days so that the

parties could submit the papers necessary to terminate the case, see Fed.

R. Civ. P. 41(a)(1)(A)(ii), L. Civ. R. 41.1, and the sixty-day time period

having passed without the Court having received the necessary papers;

**IT IS** on this ___20TH___ day of _AUGUST_, 2019

**ORDERED** that the Clerk of the Court shall reopen the case and make a

new and separate docket entry reading "CIVIL CASE REOPENED"; and it is

further

**ORDERED** that this matter be, and the same hereby is, **DISMISSED WITH**

**PREJUDICE**, and without costs pursuant to Fed. R. Civ. P. 41(a)(2).

_____
NOEL L. HILLMAN, U.S.D.J.